UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS SILVERIO DIAZ,<br><br>_Petitioner,_<br><br>v.<br><br>PAM BONDI, _et al._,<br>_Respondents._ | Civil Action No.<br><br>DECLARATION OF DETENTION AND DEPORTATION OFFICER GERALDO PAOLI |

Pursuant to 28 U.S.C. § 1746, I, Geraldo Paoli, declare under penalty of perjury that the following is true and correct:

1.    I am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity since 2015. As a Deportation Officer, I manage the cases of aliens who are in immigration proceedings, and certain aliens who are in detention. I have access to ICE's records regarding Petitioner, assigned alien number 240 418 166, maintained in the ordinary course of business as a regular practice and prepared at or near the time by, or from information transmitted by, someone with knowledge. The following representations are based on my review of ICE electronic records and databases and consultation with my colleagues.

2.    I have prepared this declaration in connection with a Petition for a Writ of Habeas Corpus and Order to Show Cause filed by Luis Silverio Diaz ("Petitioner"). Petitioner is a native and citizen of Peru.

3.    On May 23, 2023, Petitioner entered the United States without inspection at or near Lukeville, Arizona.

Page 1 of 4

4.      On May 23, 2023, a U.S. Border Patrol Agent encountered the Petitioner near Lukeville, Arizona and determined that he had unlawfully entered the U.S. He was arrested and transported to the Tucson Coordination Center for further processing. There, the Petitioner stated that he is a citizen and national of Peru without the necessary legal documents to remain in the U.S.

5.      On May 25, 2023, the Petitioner was placed into removal proceedings with the issuance and service of a Notice to Appear ("NTA"), Form I-862, charging him as inadmissible pursuant to Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act ("INA") as being an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other travel document as required under the regulations. He was released from custody that day on his own recognizance and ordered to report to 26 Federal Plaza, NY within thirty days. A true and accurate copy of the NTA is attached hereto as Exhibit A.

6.      On June 27, 2023, Petitioner reported to ICE at 26 Federal Plaza, NY, as required.

7.      On June 27, 2023, ICE filed the NTA dated May 25, 2023, with the Executive Office of Immigration Review ("EOIR").

8.      On April 19, 2024, the Petitioner filed an application for relief from removal before EOIR.

9.      On August 5, 2024, the Petitioner appeared at an initial hearing. The Petitioner admitted the allegations contained in the NTA and conceded the charge of removability. A merits hearing was scheduled for June 11, 2025.

10. On May 2, 2025, the Petitioner filed a motion to change venue to Georgia, stating that his new address was 3513 Regalwoods Drive, Doraville, Georgia 30340.

11. On May 8, 2025, the Immigration Court granted Petitioner's motion and changed venue to Atlanta, Georgia. As a result, the merits hearing scheduled for June 11, 2025 was canceled. On May 23, 2025, the Immigration Court's order granting change of venue, which was mailed to Petitioner's new address, was returned to sender.

12. On February 5, 2026, at approximately 6:40 AM, ICE officers observed an individual matching the description of their primary target, a different individual, drive away in a vehicle in Bay Shore, NY. The officers conducted a vehicle stop, identified themselves as ICE officers, and asked for identification. After receiving identification from the Petitioner, ICE officers arrested the Petitioner pursuant to an I-200 Warrant of Arrest issued on the scene and transported him to 535 Federal Plaza ("hold room"), Central Islip, NY for processing. He was held in the Central Islip hold room from 11:49 AM on February 5, 2006 to 7:05 PM on February 5, 2026. A true and accurate copy of the I-200 is attached hereto as Exhibit B

13. On February 5, 2026, at 7:05 PM, the Petitioner was transferred from the Central Islip hold room to Nassau County Correctional Center ("NCCC") and held there from 7:45 PM to 6:30 PM on February 6, 2026.

14. On February 6, 2026, the Petitioner was transferred to Delaney Hall Detention Facility ("DHDF") in Newark, New Jersey while awaiting long-term bed-space at Metropolitan Detention Center ("MDC") in Brooklyn, New York.

15. On February 13, 2026, the Petitioner was transferred to MDC, where he is currently detained pursuant to USC §1225(b).

16.     On February 13, 2026, a Form I-830: Notice to EOIR: Alien Address was filed with the court indicating Petitioner's detention at MDC. Consequently, venue was changed to New York.

17.     On February 25, 2026, the Petitioner appeared for a master calendar hearing in New York. The Immigration Court sustained the charge of removability and the case was reset for a master calendar hearing on March 4, 2026, per the Petitioner's request for time to consult with an attorney.

I hereby declare under the penalty of perjury that the above statements are true and correct.

Executed at New York, New York
this March 3, 2026.



GERALDO PAOLI
Digitally signed by GERALDO PAOLI
Date: 2026.03.03 15:36:50 -05'00'

Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security



Allegations: Admits All; | Charges: Sustains All |
Designated Country: PERU |

**DEPARTMENT OF HOMELAND SECURITY**

# NOTICE TO APPEAR

| In removal proceedings under section 240 of the Immigration and Nationality Act: |
|---|

**Subject ID:385240240**      **FINS #:1338996855**
                              **DOB: 10/07/1995**

File No: A240 418 166

**Event No:AJO2305000288**

In the Matter of:

Respondent:                LUIS SILVERIO DIAZ                ──── currently residing at:

23 SOMERVILLE ST  BRENTWOOD, NEW YORK, 11717-3312          +1 (637)-720-9930

(Number, street, city, state and ZIP code)                (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of PERU and a citizen of PERU ;
3. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act;
4. to wit, on or about May 23, 2023, you illegally entered the United States at or near LUKEVILLE,  AZ and were not inspected by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:      ☐ 8CFR 208.30    ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

201 VARICK ST., 5TH FL RM 507 NEW YORK NY 10014

*(Complete Address of Immigration Court, including Room Number, if any)*

on  January 04, 2024  at  08:30 AM  to show why you should not be removed from the United States based on the
   *(Date)*          *(Time)*

charge(s) set forth above.

LUIS NAVARRO
Acting/Patrol Agent in Charge

LUIS G NAVARRO
Date: 2023.05.25 14:50 -07:00
0909960819.CBP

*(Signature and Title of Issuing Officer) (Sign in ink)*

Date: May 25, 2023                    TUCSON, ARIZONA
                                      *(City and State)*

Allegations: Admits All. | Charges: Sustains All.
Designated Country: PERU |

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before:

_____
*(Signature of Respondent) (Sign in ink)*

BORDER PATROL AGENT
_____
*(Signature and Title of Immigration Officer) (Sign in ink)*

Date: 05/25/2023

---

### Certificate of Service

This Notice To Appear was served on the respondent by me on ___May 25, 2023___ , in the following manner and in compliance with section 239(a)(1) of the Act.

☒ in person   ☐ by certified mail, returned receipt # _____ requested   ☐ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____SPANISH_____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
*(Signature of Respondent if Personally Served) (Sign in ink)*

FERNANDO GARATE, BORDER PATROL AGENT
0090697331CBP1

FERNANDO O GARATE SR
Date: 2023.05.25 13:25:37 -07:00

_____
*(Signature and Title of officer) (Sign in ink)*

Exh. 1 - Adm.

DHS Form I-862 (2/20)                                                                                                  Page 2 of 3

**Privacy Act Statement**

Allegations: Admits All; | Charges: Sustains All;
Designated Country: PERU |

**Authority:**

The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**

You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**

For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**

Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

EOIR – 3 of 3

Exh. 1 - Adm.

DHS Form I-862 (2/20)    Page 3 of 3

B

**U.S. DEPARTMENT OF HOMELAND SECURITY**       Warrant for Arrest of Alien

File No. 240-418-166

Date: 2/5/2025

To:    Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that    DIAZ, LUIS Silverio    is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☒ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)

M. DAMIANO (a) SOSO
_____
(Printed Name and Title of Authorized Immigration Officer)

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at Central Islip NY
_____
(Location)

on Diaz, Luis _____ on 2/5/26 _____, and the contents of this
(Name of Alien)          (Date of Service)

notice were read to him or her in the Spanish _____ language.
(Language)

_____          _____
Name and Signature of Officer               Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)