

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

March 4, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:  *Silverio-Diaz v. Bondi, et al,* 26-cv-1205 (Bulsara, J.)

Dear Judge Bulsara:

This Office represents Respondents in the above petition for a writ of habeas corpus filed by Petitioner Luis Silverio-Diaz ("Petitioner"). Respondents respectfully write in response to the Order entered last evening at approximately 7:15 p.m. in which the Court ordered Respondents to release Petitioner from custody and to file a letter on the docket confirming Petitioner's release by 9:00 a.m. today, March 4, 2026. The undersigned apprised ICE of the Court's order upon receipt last evening. Prior to the filing of this letter, ICE advised the undersigned that it is diligently in the process of releasing Petitioner from the MDC, but that it may need an additional 30 to 60 minutes to fully complete the process. Accordingly, Respondents respectfully request an extension of time to release Petitioner from 9 a.m. this morning until 10 a.m. this morning. Respondents will file a letter pursuant to the Court's March 3, 2026 Order confirming Petitioner's release.

The undersigned advised Petitioner's counsel of the status of Petitioner's release and requested that ICE have an additional 30 to 60 minutes to complete the release process. Petitioner's counsel consented to Respondents' request.

Thank you for the Court's attention to this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Megan Freismuth
       Megan Freismuth
       Assistant U.S. Attorney